Emil Davtyan, Esq. (#299363)
Gregg Lander, Esq. (#194018)
Vanessa M. Ruggles, Esq. (#254031)
D.LAW, INC.
1635 Pontius Avenue, Floor 2
Los Angeles, CA 90025-3361
Tel.: (424) 320-6420 / Fax: (424) 320-6454
Emails: Emil@d.law
    Gregg@d.law
    Vanessa@d.law

Attorneys for Plaintiff TINA L. HESS,
on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TINA L. HESS, on behalf of herself and all others similarly situated, | **CLASS ACTION** |
| Plaintiffs, | Case No. 2:23-cv-05171-MRA-MAAx |
| v. | **NOTICE OF SETTLEMENT AND STIPULATION TO REMAND CASE BACK TO VENTURA COUNY SUPERIOR COURT** |
| ILLINOIS TOOL WORKS, INC. d/b/a "Opto Diode Corporation," a Delaware corporation; and DOES 1 to 10, inclusive, | Honorable Mónica Ramírez Almadani Courtroom: 10B |
| Defendants. | Action filed: May 24, 2023 Trial Date: None Set |

## NOTICE OF SETTLEMENT

PLEASE BE ADVISED that Plaintiff Tina L. Hess and Defendant Illinois Tool Works, Inc. have reached a settlement in this matter subject to Court approval. The parties are currently preparing settlement documents.

///

///

///

**- 1 -**

**NOTICE OF SETTLEMENT AND STIPULATION TO REMAND CASE BACK TO VENTURA COUNY SUPERIOR COURT**

## **STIPULATION**

The parties stipulate and respectfully request that the Court remand this matter back to Ventura County Superior Court for further handling.

**IT IS SO STIPULATED.**

Dated: October 4, 2024                    D.LAW, INC.

By:     */s/ Gregg Lander*
Emil Davtyan, Esq.
Gregg Lander, Esq.
Vanessa M. Ruggles, Esq.
Attorneys for Plaintiffs

Dated: October 4, 2024                    JONES DAY

By:     */s/ Amanda C. Sommerfeld*
Amanda C. Sommerfeld, Esq.
Aileen Kim, Esq.
Samantha Dyar, Esq.
Attorneys for Defendant

**NOTICE OF SETTLEMENT AND STIPULATION TO REMAND CASE BACK TO VENTURA COUNY SUPERIOR COURT**